

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00302-CV

———————————————

SOUTHERN COUNTY MUTUAL INSURANCE COMPANY, Appellant

V.

ESTELLA JOHNSON, AS INDEPENDENT EXECUTOR OF THE ESTATE OF
EMILIANO MANRESA (A/K/A EMILIO MANRESA), DECEASED, Appellee

---

On Appeal from Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2019-PR00034-2-A

---

Before Wallach, J.; Sudderth, C.J.; and Bassel
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f).

In accordance with the parties' agreement, each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  November 7, 2024